**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-CV-60160-AUGUSTIN-BIRCH**

MARIE DORIVAL,

      **Plaintiff,**

v.

**COLE SCOTT & KISSANE, P.A.,**

      **Defendant.**

_____/

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING CASE

This cause comes before the Court on review of the record.  The Court previously denied Plaintiff Marie Dorival's Motion for Leave to Proceed *In Forma Pauperis* and ordered her to pay the full filing fee by March 27, 2026.  DE 8.  The Court warned Plaintiff that failure to pay the filing fee by March 27 would result in the dismissal and closure of this case for failure to prosecute and failure to comply with Court Order.  *Id.*

Plaintiff has not paid the filing fee to date.  Accordingly, the Complaint [1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Court Order.  **The Clerk of Court shall close this case, terminate all deadlines, and deny all pending motions as moot.**

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 8th day of April, 2026.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE